## INTERNATIONAL FORWARDING CO., INC. v. UNITED STATES

**No. 5507.**—Invoice dated Swatow, China, January 23, 1939.
Entered at New York, March 1, 1939.
Entry No. 22901.

(Decided November 21, 1941)

*Lane & Wallace* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: In this appeal counsel for the respective parties have agreed that the market values or prices at or about the date of exportation of the involved merchandise, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of China, in usual wholesale quantities and in the ordinary course of trade, including all costs, charges, and expenses specified in section 402 (d) of the act of 1930, are the values found by the appraiser, less any amount added under duress.

Accepting this stipulation as a statement of fact, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.